VAN WALKENBERGH & OSBORN *v.* THE RAHWAY BANK.

An injunction restraining an ejectment was dissolved; and the order of dissolution was appealed from, and affirmed; the dissolution and affirmance being, both, with costs. A motion that further proceedings on the bill be stayed until the said costs be paid was denied.

On bill filed, the complainants had obtained an injunction restraining the defendants from further prosecuting an ejectment. On answer and motion, the injunction was dissolved. The order of dissolution was appealed from, and was affirmed. The dissolution and the affirmance were with costs.

A motion was made, on the part of the defendants, on proof of demand of the costs, and service of the taxed bill of costs, that further proceedings on the complainants' bill be stayed until the costs be paid.

*F. B. Chetwood* for the motion.

*W. Pennington* contra.

The Chancellor denied the motion.